1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PEDRO REYES GONZALEZ,                    No.  2:18-cv-2050 DB P

12                   Plaintiff,

13          v.                                 ORDER

14    SAN BERNADINO COUNTY – WEST
      VALLEY DETENTION CENTER,
15
                      Defendant.
16

17
            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18
      U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28
19
      U.S.C. § 1915.
20
            The federal venue statute provides that a civil action "may be brought in (1) a judicial
21
      district in which any defendant resides, if all defendants are residents of the State in which the
22
      district is located, (2) a judicial district in which a substantial part of the events or omissions
23
      giving rise to the claim occurred, or a substantial part of property that is the subject of the action
24
      is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
25
      this action, any judicial district in which any defendant is subject to the court's personal
26
      jurisdiction with respect to such action."  28 U.S.C. § 1391(b).
27
      ////
28
                                               1

1         Here, plaintiff alleges the events giving rise to his claim occurred when he was

2    incarcerated at West Valley Detention Center in San Bernardino County, which is in the Central

3    District of California.  (ECF No. 1 at 3.)  Therefore, plaintiff's claim should have been filed in the

4    United States District Court for the Central District of California.  In the interest of justice, a

5    federal court may transfer a complaint filed in the wrong district to the correct district. See 28

6    U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

7         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

8    States District Court for the Central District of California.

9    Dated:  July 30, 2018

10

11

12   DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

13

14

DLB:12
15   DLB:1/Orders/Prisoner.Civil Rights/gonz2050.21

2